**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−20834−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Nicholas M. Colamarino
   5618−5620 Lincoln Avenue
   Export, PA 15632

Social Security No.:
   xxx−xx−1539

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Suzanne M. Bash
Suzanne M. Bash, Attorney at Law
231 South Main Street
Suite 310
Greensburg, PA 15601
Telephone number:  724−832−0234

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 17, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
June 17, 2019
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/22/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-20834-CMB
Nicholas M. Colamarino                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy            Page 1 of 2            Date Rcvd: May 22, 2019
                             Form ID: rsc13        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Nicholas M. Colamarino,    5618-5620 Lincoln Avenue,     Export, PA 15632-1315
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15004296       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:   Caine & Weiner Company,    P. O. 55848,    Sherman Oaks, CA 91413)
15004299       +Consumer Safety Technology LL,    7240 State Route 22,    Greensburg, PA 15601-8859
15004301       +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
15004302       +Pheple FCU,   P.O. Box 983,    Greensburg, PA 15601-0983
15004303       +Progressive,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0001
15004305       +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
15044933        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15044934        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15051691       +Union Home Mortgage,    c/o Cenlar FSB,   425 Phillips Blvd.,    Ewing, NJ 08618-1430
15004307       +Union Home Mortgage,    P.O. Box 77404,   Ewing, NJ 08628-6404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 02:26:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
15004295       +E-mail/Text: bky@americanprofit.net May 23 2019 02:26:41      American Profit Recovery,
                 34505 West 12 Mile Road, Suite 3,    Farmington, MI 48331-3288
15004298        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 02:24:54      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
15004297       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 02:25:08      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
15017406        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 02:24:54
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15004300       +E-mail/Text: bankruptcynotice@fcbanking.com May 23 2019 02:25:57      First Commonwealth Bank,
                 111 South Main Street,    Greensburg, PA 15601-3101
15051811       +E-mail/Text: bncmail@w-legal.com May 23 2019 02:26:34     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
15004304       +E-mail/PDF: clerical@simmassociates.com May 23 2019 02:25:10      Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
15004306       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 02:24:40     Synchrony Bank/Pay Pal,
                 Attn: Bankruptcy,    P.O. Box 956060,   Orlando, FL 32896-0001
15004308       +E-mail/Text: BankruptcyNotice@upmc.edu May 23 2019 02:26:46      UPMC Physician Services,
                 507 West Newton Street,    Greensburg, PA 15601-2819
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB as servicer for Union Home Mortgage Cor
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: culy                Page 2 of 2               Date Rcvd: May 22, 2019
                              Form ID: rsc13            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
    James   Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Union Home Mortgage Corp. bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    Suzanne M. Bash    on behalf of Debtor Nicholas M. Colamarino suzannembash@yahoo.com, sooz1205@yahoo.com

                                            TOTAL: 5