# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | NICHOLAS M. COLAMARINO |
| Case Number: | 19-20834-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 12, 2019 01:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/13/19 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#2 - Final Confirmation of Plan Dated 3/3/2019 (NFC)
R / M #: 2 / 0

**Appearances:**

Schantz

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 10/11/19 at 10:00.
10. _____ Other:

Only 1 pmt made.

9/5/2019    3:35:29PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-20834-CMB
Nicholas M. Colamarino                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel                  Page 1 of 1              Date Rcvd: Sep 13, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db              +Nicholas M. Colamarino,    5618-5620 Lincoln Avenue,    Export, PA 15632-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Union Home Mortgage Corp.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Suzanne M. Bash    on behalf of Debtor Nicholas M. Colamarino suzannembash@yahoo.com,
               sooz1205@yahoo.com
                                                                                             TOTAL: 5