# PROCEEDING MEMO

Date: 10/11/2019 10:00 am

In re: Nicholas M. Colamarino

Bankruptcy No. 19-20834-CMB
Chapter: 13
Doc. # 2

Appearances: Suzanne M. Bash, James C. Warmbrodt

Movant(s): Winnecour / Pail /Katz / DeSimone

Respondents:

Creditor(s):

Nature of Proceeding: #2 Contested March 3, 2019 Plan

Additional Pleadings: #17 Objection to Plan by Union Home Mortgage Corp.

Judge's Notes:

- total $7,000 of arrearages -
  $997.00

Conciliation to be held Nov 7 at 1:00

FILED
10/11/19 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20834-CMB
Nicholas M. Colamarino                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Oct 11, 2019
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db          +Nicholas M. Colamarino,   5618-5620 Lincoln Avenue,   Export, PA 15632-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
          James Warmbrodt   on behalf of Creditor   Cenlar FSB as servicer for Union Home Mortgage Corp. bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Suzanne M. Bash   on behalf of Debtor Nicholas M. Colamarino suzannembash@yahoo.com, sooz1205@yahoo.com
      TOTAL: 5