Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nicholas M. Colamarino**
   Debtor(s)

Bankruptcy Case No.: 19–20834–CMB
Related to Doc. No. 36
Chapter: 13
Docket No.: 37 – 36
Concil. Conf.: June 18, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 1, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **June 18, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 17, 2020                                                                                   Carlota M. Bohm
                                                                                                          United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20834-CMB
Nicholas M. Colamarino                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Mar 17, 2020
                              Form ID: 410            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Nicholas M. Colamarino,    5618-5620 Lincoln Avenue,     Export, PA 15632-1315
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15004296       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner Company,     P. O. 55848,    Sherman Oaks, CA 91413)
15004299       +Consumer Safety Technology LL,     7240 State Route 22,    Greensburg, PA 15601-8859
15004301       +Firstsource Advantage, LLC,    205 Bryant Woods South,     Amherst, NY 14228-3609
15004302       +Pheple FCU,    P.O. Box 983,    Greensburg, PA 15601-0983
15004303       +Progressive,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0001
15004305       +State Collection Service, Inc.,     P.O. Box 6250,    Madison, WI 53716-0250
15044933        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15044934        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15004307       +Union Home Mortgage,    P.O. Box 77404,    Ewing, NJ 08628-6404
15051691       +Union Home Mortgage,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15004295       +E-mail/Text: bky@americanprofit.net Mar 18 2020 04:45:30       American Profit Recovery,
                 34505 West 12 Mile Road, Suite 3,    Farmington, MI 48331-3288
15004298        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 04:38:31       Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
15004297       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 04:39:22       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
15017406        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 04:39:24
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15004300       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 18 2020 04:44:29       First Commonwealth Bank,
                 111 South Main Street,    Greensburg, PA 15601-3101
15051811       +E-mail/Text: bncmail@w-legal.com Mar 18 2020 04:45:18       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
15004304       +E-mail/PDF: clerical@simmassociates.com Mar 18 2020 04:39:25       Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
15004306       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 04:40:10       Synchrony Bank/Pay Pal,
                 Attn: Bankruptcy,    P.O. Box 956060,    Orlando, FL 32896-0001
15004308       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 18 2020 04:45:40       UPMC Physician Services,
                 507 West Newton Street,    Greensburg, PA 15601-2819
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB as servicer for Union Home Mortgage Cor
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for Union Home Mortgage Corp.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: dric              Page 2 of 2           Date Rcvd: Mar 17, 2020
                              Form ID: 410            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Suzanne M. Bash    on behalf of Debtor Nicholas M. Colamarino suzannembash@yahoo.com, sooz1205@yahoo.com

                                                                               TOTAL: 5