Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Nicholas M. Colamarino** | : | Case No. 19−20834−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 37 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of June, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20834-CMB
Nicholas M. Colamarino                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 2           Date Rcvd: Jun 03, 2020
                               Form ID: 309            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db         +Nicholas M. Colamarino,    5618-5620 Lincoln Avenue,    Export, PA 15632-1315
cr         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15004296   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner Company,    P. O. 55848,    Sherman Oaks, CA 91413)
15004299   +Consumer Safety Technology LL,    7240 State Route 22,    Greensburg, PA 15601-8859
15004302   +Pheple FCU,   P.O. Box 983,    Greensburg, PA 15601-0983
15004303   +Progressive,   P.O. Box 7247-0311,    Philadelphia, PA 19170-0001
15004305   +State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
15044933    UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15044934    UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15004307   +Union Home Mortgage,    P.O. Box 77404,   Ewing, NJ 08628-6404
15051691   +Union Home Mortgage,    c/o Cenlar FSB,   425 Phillips Blvd.,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15004295      +E-mail/Text: bky@americanprofit.net Jun 04 2020 03:19:29      American Profit Recovery,
               34505 West 12 Mile Road, Suite 3,    Farmington, MI 48331-3288
15004298       EDI: CAPITALONE.COM Jun 04 2020 06:38:00      Capital One Bank,   15000 Capital One Drive,
               Richmond, VA 23238
15004297      +EDI: CAPITALONE.COM Jun 04 2020 06:38:00      Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
15017406       EDI: CAPITALONE.COM Jun 04 2020 06:38:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,   Charlotte, NC  28272-1083
15004300      +E-mail/Text: bankruptcynotice@fcbanking.com Jun 04 2020 03:18:20      First Commonwealth Bank,
               111 South Main Street,   Greensburg, PA 15601-3101
15004301      +EDI: FSAE.COM Jun 04 2020 06:43:00      Firstsource Advantage, LLC,   205 Bryant Woods South,
               Amherst, NY 14228-3609
15051811      +E-mail/Text: bncmail@w-legal.com Jun 04 2020 03:19:17      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
15004304      +E-mail/PDF: clerical@simmassociates.com Jun 04 2020 03:14:20      Simm Associates, Inc.,
               800 Pencader Drive,   Newark, DE 19702-3354
15004306      +EDI: RMSC.COM Jun 04 2020 06:38:00      Synchrony Bank/Pay Pal,   Attn: Bankruptcy,
               P.O. Box 956060,   Orlando, FL 32896-0001
15004308      +E-mail/Text: BankruptcyNotice@upmc.edu Jun 04 2020 03:19:36      UPMC Physician Services,
               507 West Newton Street,   Greensburg, PA 15601-2819
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB as servicer for Union Home Mortgage Cor
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for Union Home Mortgage Corp.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: dric                 Page 2 of 2                  Date Rcvd: Jun 03, 2020
                              Form ID: 309               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Suzanne M. Bash    on behalf of Debtor Nicholas M. Colamarino suzannembash@yahoo.com, sooz1205@yahoo.com

                                                                                                          TOTAL: 5