**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NICHOLAS M. COLAMARINO

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-20834

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2019 and confirmed on 06/20/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,567.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,567.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,894.00 | |
|   Trustee Fee | 517.49 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,411.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| UNION HOME MORTGAGE CORP<br>  Acct: 9305 | 0.00 | 6,155.51 | 0.00 | 6,155.51 |
| UNION HOME MORTGAGE CORP<br>  Acct: 9305 | 15,411.72 | 0.00 | 0.00 | 0.00 |
| | | | | 6,155.51 |
| **Priority** | | | | |
| SUZANNE M BASH ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICHOLAS M. COLAMARINO<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUZANNE M BASH ESQ<br>  Acct: | 3,250.00 | 1,894.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN PROFIT RECOVERY++<br>  Acct: 8915 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAINE AND WEINER++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-20834 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 1180 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 446.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 4310 | | | | |
| | FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PHEPLE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4479 | | | | |
| | PHEPLE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 1,617.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 3401 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,128.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 1539 | | | | |
| | CONSUMER SAFETY TECHNOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PROGRESSIVE COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HEALTH SERVICES | 1,644.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 1539 | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | | 6,155.51 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY           0.00
SECURED        15,411.72
UNSECURED       4.837.27

Date: 08/13/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com